

FILED
SEP 0 1 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES WEAVER, ENVIRONMENTAL MATERIALS, INC. and PINNACLE SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and TERRY COOK, <br><br> Defendants. | CV 17-105-BLG-SPW <br><br> ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 8), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISIMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this １ˢᵗ day of September, 2017.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1